# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION
## CIVIL ACTION NO. 1:15-CV-00223-TDS-JLW

| | |
|---|---|
| **PAMELA SHOAF,**<br><br>　　Plaintiff,<br><br>v.<br><br>**NAVIENT SOLUTIONS, INC. and SALLIE MAE, INC.,**<br><br>　　Defendants. | **JOINT STIPULATION OF DISMISSAL** |

　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby **STIPULATED** and **AGREED** among the parties, plaintiff Pamela Shoaf and defendant Navient Solutions, Inc., formerly known as Sallie Mae, Inc. (collectively, the "Parties") that a settlement has been reached between the Parties in the above-referenced United State District Court for the Middle District of North Carolina case number, and all conditions precedent to dismissal have been completed. The Parties have agreed jointly to submit to the Court a stipulated order of dismissal *with* prejudice. Each party shall bear its own costs and attorneys' fees related to this action.

　　This the 6th day of November 2015.

*Submitted and Agreed to By:*

| | |
|---|---|
| /s/ Travis E. Collum | /s/ R. Scott Adams |
| Travis E. Collum (NC State Bar No. 29158) | R. Scott Adams (N.C. State Bar No. 36581) |
| COLLUM & PERRY, PLLC | Spilman Thomas & Battle, PLLC |
| 109 W. Statesville Ave. | 110 Oakwood Drive, Suite 500 |
| Mooresville, NC 28115 | Winston-Salem, NC 27103 |
| Telephone (704) 663-4187 | Telephone (336) 725-4710 |
| Facsimile (704) 663-4178 | Facsimile (336) 725-4476 |
| travis@collumperry.com | sadams@spilmanlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Navient Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I, R. Scott Adams, hereby certify that on November 6, 2015, I electronically filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

R. Scott Adams
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Telephone (336) 725-4710
Facsimile (336) 725-4476
sadams@spilmanlaw.com

*Counsel for Defendant, Navient Solutions, Inc.*

*/s/* Travis E. Collum
Travis E. Collum (NC State Bar No. 29158)